Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY DELMAN,<br><br>　　　　　　　Defendant. | No. CR14-165RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER has come before the court on Defendant Jerry Delman's Motion to Seal. Having considered the motion the files and pleadings herein, and being fully advised,

IT IS HEREBY ORDERED that the court finds there to be good cause, and therefore GRANTS Defendant Jerry Delman's Motion to Seal (Dkt. #215).

DATED this 23rd day of February, 2016.

*(signed)* Richard A. Jones

The Honorable Richard A. Jones
United States District Judge