The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR14-000165RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER AUTHORIZING EXPENDITURE OF FUNDS TO CONDUCT COMPETENCY EVALUATION |
| JERRY DELMAN, | |
| Defendant. | |

This matter being brought before the court upon Defendant Jerry Delman's Motion for an Order Authorizing Expenditure of Funds to Conduct Competency Evaluation, there being no opposition by the Government, and the court finding good cause, it is ORDERED that Defendant's Motion (Dkt. #216) is GRANTED and that funds in the amount of $750.00 are authorized to pay for a competency evaluation of Defendant Jerry Delman.

IT IS FURTHER ORDERED that Mr. Delman shall be examined for a competency evaluation by Dr. Jacqueline Valdes.

This order is entered pursuant to Defendant's motion to determine competency and request for a psychological evaluation report, 18 USC Section 4241(a) and (b). Dr. Valdes shall prepare and file with the court a written report that includes:

(a) Defendant Jerry Delman's history and present symptoms;

(b) A description of the psychiatric, psychological, and medical tests that she employed, and their results;

(c) Her findings;

ORDER AUTHORIZING EXPENDITURE OF FUNDS
TO CONDUCT COMPETENCY EVALUATION - 1

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206)388-0333

(d) Her opinions as to diagnosis and prognosis; and

(e) An opinion on whether Jerry Delman is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

DATED this 23rd day of February, 2016.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

---

ORDER AUTHORIZING EXPENDITURE OF FUNDS
TO CONDUCT COMPETENCY EVALUATION - 2

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206)388-0333