The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JERRY DELMAN,<br><br>　　　　　　　　Defendant. | Case No. CR14-165RAJ<br><br>ORDER AUTHORIZING SEALING<br>OF COMPETENCY EVALUATION |

THIS MATTER comes before the court on Defendant Jerry Delman's Motion for Order Authorizing Sealing of Competency Evaluation. Having considered the motion and the files and pleadings herein, and finding good cause,

It is ORDERED that the Defendant's Motion to Seal (Dkt. #245) is GRANTED and the competency evaluation of Jerry Delman filed under Dkt. #246 shall remain sealed.

DATED this 21st day of April, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

---

ORDER AUTHORIZING SEAL OF COMPETENCY EVALUATION - 1

LAW OFFICES OF
RESSLER & TESH
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206)388-0333